UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORINNE DAWSON; AUSTIN MILES;
JUSTINE MILES; and DWAINE DAWSON,

    Plaintiffs,

-vs-

MT. BRIGHTON, INC., and
ROBERT STURGIS,

    Defendants.

Civil Action No.: 2:11-cv-10233

Hon. Denise Page Hood

## **STIPULATED ORDER OF DISMISSAL**

This matter comes before the Court upon the below stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this matter be dismissed as to ROBERT STURGIS with prejudice and without costs to any party as a result of the previously entered Judgment for No Cause of Action.

IT IS FURTHER ORDERED that this matter be dismissed as to MT. BRIGHTON, INC. with prejudice and without costs. This order resolves the last pending claim and closes the case.

    SO ORDERED.

Dated: November 13, 2013

s/Denise Page Hood
U.S. District Judge

SO STIPULATED:

/s/Timothy Loranger w/perm.  /s/Richard S. Baron
Timothy Loranger  Richard S. Baron (P33798)
Baum, Hedlund, Aristei & Goldman  Benjamin L. Fruchey (P71945)
Attorneys for Plaintiffs  Foley, Baron, Metzger & Juip, PLLC
 Attorneys for Defendants


Dated:  November 4, 2013